CJF6.21.19
PCM/LM: USAO2018R00513



2019 JUN 25 PM 4: 25

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | CRIMINAL NO. CCB-18-0625 |
|---|---|---|
| | * | |
| v. | * | (Conspiracy to Distribute and Possess |
| | * | With Intent to Distribute a Controlled |
| MICHAEL TALLEY, SR., | * | Substance, 21 U.S.C. § 846; Distribution |
| JERROD BOBBITT | * | of a Controlled Substance, 21 U.S.C. § |
| a/k/a "Newt," | * | 841(a)(1) & 18 USC § 841(b)(1)(A)(iii); |
| KANAKIA FEAGINS | * | Aiding and Abetting, 18 U.S.C. § 2) |
| a/k/a "Florida," | * | |
| JAMES HILL | * | |
| a/k/a "Don," and | * | |
| MICHAEL TALLEY, JR. | * | |
| | * | |
| Defendants | * | |

*******

## SUPERSEDING INDICTMENT

### COUNT ONE
### (Conspiracy)

The Grand Jury for the District of Maryland charges:

From on or about May 2018, and continuing through on or about December 18, 2018, in the District of Maryland and elsewhere, the Defendants,

**MICHAEL TALLEY, SR.,
JERROD BOBBITT
a/k/a "Newt,"
KANAKIA FEAGINS
a/k/a "Florida,"
JAMES HILL
a/k/a "Don," and
MICHAEL TALLEY, JR.**

did knowingly combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to knowingly, intentionally and unlawfully distribute and possess with intent to distribute two hundred and eighty grams or more of a mixture and substance containing a

detectable amount of cocaine base, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) & 18 USC § 841(b)(1)(A)(iii). 21 U.S.C. § 846

## COUNT TWO
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about June 7, 2018, in the District of Maryland, the Defendant,

**JAMES HILL**
**a/k/a "Don,"**
**KANAKIA FEAGINS**
**a/k/a "Florida," and**
**MICHAEL TALLEY, SR.**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT THREE
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about June 20, 2018, in the District of Maryland, the Defendant,

**KANAKIA FEAGINS**
a/k/a "Florida,"
**JAMES HILL**
a/k/a "Don," and
**MICHAEL TALLEY, SR.**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FOUR
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about August 2, 2018, in the District of Maryland, the Defendant,

### MICHAEL TALLEY, SR.

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FIVE
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about October 25, 2018, in the District of Maryland, the Defendants,

**MICHAEL TALLEY, JR., and**
**MICHAEL TALLEY, SR.,**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

_____
Robert K. Hur
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson

Date: 6-25-19

6